128 A.3d 1200

The JEWISH HOME OF EASTERN
PENNSYLVANIA, Appellant

v.

PENNSYLVANIA DEPARTMENT OF HEALTH and
Pennsylvania Health Policy Board, Appellees.

Supreme Court of Pennsylvania.

Dec. 21, 2015.

## ORDER

PER CURIAM.

AND NOW, this 21st day of December, 2015, the order of
the Commonwealth Court is AFFIRMED.